IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SHELLEYANNE BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL CHERTOFF, SECRETARY, US )<br>DEPARTMENT OF HOMELAND SECURITY, )<br>TRANSPORTATION SECURITY ADMINISTRATION, )<br>and, ALLEN BURDETTE, )<br>)<br>)<br>Defendants. )<br>_____) | CIVIL NO. 2005/109 |

**ORDER**

Plaintiff, Shelleyanne Brown's, Motion to Amend her Complaint to include a *Bivens* claim is hereby **DENIED** as moot as the Motion was granted by Order of the undersigned dated April 18, 2007.

DATED: June 25, 2007

_____
Geoffrey W. Barnard
U.S. Magistrate Judge

ATTEST:
**WILFREDO F. MORALES**
**CLERK OF THE COURT**

By: _____
    Deputy Clerk

Copies to:

    Alan R. Feuerstein, Esq.
    Jason T. Cohen, Esq.
    Claudette Donovan
    Lydia Trotman
    Olga Schneider
    Sharline L. Rogers, Esq.