# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

_____
                                            )
SHELLEYANN BROWN                            )
               Plaintiff,          )
                                            )
      -v-                                   )      Civ. No.:  2005/109
                                            )
MICHAEL CHERTOFF, SECRETARY OF              )
THE UNITED STATES                           )
DEPARTMENT OF HOMELAND SECURITY             )
TRANSPORTATION, TRANSPORTATION              )
SECURITY ADMINISTRATION,                    )
THE UNITED STATES OF AMERICA and            )
THREE UNKNOWN AND UNNAMED                   )
AGENTS OF THE UNITED STATES                 )
DEPARTMENT OF HOMELAND                      )
SECURITY, et al.                            )
               Defendants          )
_____ )

## **NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DISCLOSURE**

      Plaintiff Shelleyann Brown through her attorneys, Feuerstein & Smith, LLP, provides notice, pursuant to Local Rule 26.1, that on December 30, 2008 she served counsel for Defendants with Plaintiff's Expert Disclosure of Dr. Richard A. Wall.

DATED:    Buffalo, New York           Respectfully submitted,
             December 30, 2008         FEUERSTEIN & SMITH, LLP

                                                  BY:  *s/Alan R. Feuerstein*
                                                  Alan R. Feuerstein, Esq.
                                                  Attorneys for Plaintiff
                                                  Office and P. O. Address
                                                  17 St. Louis Place
                                                  Buffalo, New York 14202-1502
                                                  (716) 856-9704 Telephone
                                                  (716) 856-9707 Facsimile
                                                  and

2

Post Office Box 502008
St. Thomas, USVI 00805-2008
(340) 777-6325 Telephone and Facsimile
FSLLP@aol.com

2

## CERTIFICATE OF SERVICE

    I, Alan Feuerstein, hereby certify that on the 30th day of December, 2008 served the Notice of Service of Plaintiff's Expert Disclosure of Dr. Richard A. Wall via Electronic Case Filing System directed to the following:

Jason Cohen, Assistant U.S. Attorney
United States Attorney's Office
United States Courthouse and Federal Building
5500 Veteran Drive, Suite 260
St. Thomas Virgin Islands 00802-6424
jason.cohen@usdoj.gov

                                            *s/Alan R. Feuerstein*
                                            Alan R. Feuerstein